**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Civil Action No.:      **04-cv-01990-AP**

**JOHN J. HUNTER,**

Plaintiff,

vs.

**JO ANNE B. BARNHART,**
**Commissioner of Social Security,**

Defendant.

---

**ORDER FOR ATTORNEY FEES UNDER 42 U.S.C. § 406(b)**

---

The matter before the Court is Plaintiff's Motion for an Award of Attorney's Fees Under 42

U.S.C. § 406(b) (doc. #21), filed October 2, 2009.  The Motion is GRANTED.  It is

**ORDERED** that the Plaintiff's attorney shall be entitled to receive, from Plaintiff's past due

benefits, an additional amount of $19,550.00 under 42 U.S.C. § 406(b) for representation in this

Court.

DATED at Denver, Colorado, this 19th  day of October, 2009.

BY THE COURT:


*s/John L. Kane*
JOHN L. KANE, SENIOR JUDGE
UNITED STATES DISTRICT COURT